No. 143. ABO LAND COMPANY *v.* ROMAN TENORIO, SHERIFF, ETC. Error to the Supreme Court of the State of New Mexico. Submitted March 1, 1922. Decided March 6, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton,* 252 U. S. 1, 5–6. *Mr. Bernard S. Rodey* and *Mr. Pearce C. Rodey* for plaintiff in error. No appearance for defendant in error.

No. 743. CHARLES L. CRAIG *v.* THOMAS D. MCCARTHY, UNITED STATES MARSHAL, ETC., ET AL. See *post,* 617.

Nos. 671 and 40. CHARLES D. NEWTON, AS ATTORNEY GENERAL OF NEW YORK, ET AL. *v.* BROOKLYN UNION GAS COMPANY. Appeals from the District Court of the United States for the Southern District of New York. Argued March 9, 1922. Decided March 13, 1922. *Per Curiam.* Affirmed with costs, upon the authority of the *New York Gas Cases, ante,* 165, 178, 180. *Mr. James A. Donnelly,* with whom *Mr. John P. O'Brien* and *Mr. Harry Hertzoff* were on the briefs, for Lewis, District Attorney. *Mr. Wilber W. Chambers,* with whom *Mr. Charles D. Newton, Mr. Clarence R. Cummings* and *Mr. Charles E. Buchner,* were on the briefs, for Newton, Attorney General. *Mr. William N. Dykman,* with whom *Mr. Jackson A. Dykman* and *Mr. Edward J. Crummey* were on the brief, for appellee.